No. 8323.

## WILBORN ET AL. *v.* STOCKER, ADM'R.

From the Madison Circuit Court.

*J. A. Harrison, R. Lake, W. March* and *E. P. Schlater,* for appellants.
*M. S. Robinson* and *J. W. Lovett,* for appellee.

WOODS, J.—The controlling question in this record was decided adversely to the appellants in the recent case of *Brannock* v. *Stocker,* 76 Ind. 558.
The judgment in this case is therefore affirmed, with costs.

No. 8477.

## JONES ET UX. *v.* McELWEE.

From the Tipton Circuit Court.

*J. W. Robinson* and *D. Waugh,* for appellants.
*J. W. Parks, J. D. McClaren, R. B. Beauchamp, G. H. Gifford, R. Vaile* and *J. F. Vaile,* for appellee.

OODS, J.—This case is in all essential respects identical with the case of *Jones* v. *Parks, ante,* p. 537.
The judgment of the circuit court is therefore affirmed, with costs.